CERTIFICATE OF SERVICE

STATE OF NEW YORK
COUNTY OF ROCKLAND

   I, Joshua N. Bleichman, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I served the within Loss Mitigation Order on March 18, 2010 by depositing a true copy thereof by ECF or in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

BAC Home Loans Servicing
7105 Corporate Drive
Plano, TX 75024

Bank of America
475 Cross Point Parkway
PO Box 9000
Getzville, NY 14068-9000

Allan Mendelson
Zavatsky, Mendelson, & Levy
Attorney for Bank of America
33 Queens St
Po Box 510
Syosset, NY 11791

United States Trustee via ECF

Jeffrey Sapir via ECF

   /s/   Joshua N. Bleichman
Joshua N. Bleichman
268 Route 59 West
Spring Valley, NY 10977
845-425-2510